NATHAN KLEIN, Individually and as President of Local No. 52 of the International Association of Bridge, Structural and Ornamental Iron Workers, et al., Respondents, *v.* PAUL J. MORRIN, Individually and as President of the International Association of Bridge, Structural and Ornamental Iron Workers, et al., Defendants, and JOSEPH BOYEN, Individually and as President of Local No. 447 of the International Association of Bridge, Structural and Ornamental Iron Workers, Appellant.

Argued January 20, 1937; decided March 9, 1937.

*Harold Stern* for appellant.

*Louis B. Boudin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.